IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH CINTRON, on behalf of himself and all other persons similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC and ARAMARK SERVICES, INC., <br><br> Defendants. | Case No. 17-cv-08845 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joseph Citron ("Plaintiff") and Defendants Aramark Sports and Entertainment Services, LLC, and Aramark Services, Inc. ("Defendants"), and for their Joint Stipulation of Dismissal With Prejudice hereby stipulate and agree that all of the claims brought on behalf of the Plaintiff in this action shall be dismissed with prejudice as against the Defendants subject to the following terms and conditions:

1. This case is dismissed with prejudice.
2. Each party shall be responsible for their own attorney's fees, costs and expenses.

AGREED:

| | |
|---|---|
| JOSEPH CINTRON, on behalf of himself and all other persons similarly situated, known and unknown <br> By: /s/ Douglas M. Werman <br> Douglas M. Werman <br> Maureen Ann Salas <br> Werman Salas P.C. <br> 77 West Washington <br> Suite 1402 <br> Chicago, IL 60602 <br> Tel. 312.419.1008 | ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC and ARAMARK SERVICES, INC. <br> By: /s/ Elizabeth B. Herrington <br> Elizabeth B. Herrington <br> Megan R. Braden <br> Tyler Z. Zmick <br> Morgan, Lewis & Bockius LLP <br> 77 West Wacker Dr. <br> Chicago, IL 60601-5094 <br> Tel. 312.324.1445 <br> Fax 312.324.1001 |

| | |
|---|---|
| Fax: 312.419.1025<br>dwerman@flsalaw.com<br>msalas@flsalaw.com | Beth.Herrington@morganlewis.com<br>Megan.Braden@morganlewis.com<br>Tyler.Zmick@morganlewis.com |
| *Attorneys for Plaintiff Joseph Cintron, on behalf of himself and all other persons similarly situated, known and unknown* | *Attorneys for Defendants Aramark Sports and Entertainment Services, LLC and Aramark Services, Inc.* |

## **CERTIFICATE OF SERVICE**

      I, Elizabeth B. Herrington, an attorney, hereby certify that on this 22nd day of February, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification to the Court and to attorneys of record.

      /s/ Elizabeth B. Herrington
      Elizabeth B. Herrington