UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Joseph Cintron

                        Plaintiff,

v.                                             Case No.: 1:17−cv−08845
                                             Honorable Thomas M. Durkin

Aramark Sports and Entertainment Services, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 22, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to joint stipulation of dismissal, this action is hereby dismissed with prejudice. The 2/28/2018 status date is vacated.Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.